UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

EDWIN COLLAZO

Defendant

Crim. No. 22-cr-10211-ADB

## ASSENTED TO MOTION FOR RULE 11 HEARING

The United States moves the Court to schedule a Rule 11 hearing for defendant Edwin Collazo, as counsel has indicated that the defendant is prepared to enter a guilty plea.  The parties further request that in accordance with 18 U.S.C. § 3161(h)(7)(A), time be excluded until the date of the Rule 11 hearing.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:    */s/ John T. Mulcahy*
John T. Mulcahy
Assistant U.S. Attorney

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ John T. Mulcahy*
John T. Mulcahy
Assistant U.S. Attorney
