

Exhibit One

CERTIFICATE of COMPLETION

PRESENTED TO

EDWIN COLLAZO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Rational Thinking – 2023*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Major
1/20/2023