

Exhibit Two

# CERTIFICATE of COMPLETION

PRESENTED TO

**EDWIN COLLAZO**

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Living With Others - 2023*

At The Donald W. Wyatt Detention Facility

Kristen Damaso
Major
1/13/2023