

CERTIFICATE of COMPLETION

PRESENTED TO

EDWIN COLLAZO

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Criminal Lifestyles – 2023*

At The Donald W. Wyatt Detention Facility

Kristen Damaso
Major
1/20/2023

Exhibit Three