*Exhibit Four*

# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

February 13, 2023

Law Office of Jeffery Miller
60 Leo M Birmingham Pkwy, Boston
MA 02135 Suite 103

Re: Collazo, Edwin
USMS: 11748-510

Mr. Miller,

Please be advised, Mr. Collazo, Edwin #11748-510 was received at the Donald W. Wyatt Detention Facility on November 1, 2022 by USMS of Massachusetts for Dangerous Drugs. Mr. Collazo has completed the following programs (I have included a copy of each certificate): Rational Thinking, Criminal Lifestyles, and Living with Others.

Mr. Collazo has received no disciplinary infractions since being housed at Wyatt and continues to be quiet and respectful within his unit.

If you should have any questions feel free to contact my office at (401) 729-1190, ext 74388.

Sincerely,

Major Kristen Damaso

Unit Manager L. Jimenez


Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island 02863