Exhibit Five

Rise Program

My name is Edwin Collazo im writing this letter in hopes of possibly being accepted into your program. I was recently told by my lawyer that I have to plead guilty for your program to consider me. I haven't heard to much about it only what my lawyer told me. Im hoping for a little more insight. I know that the reason im in this position is my own doing and I take responsibility for it. Im 27 years of age I first started using when I was about 17 it started off as what I thought would be harmless fun instead it turned out to be the worst thing id ever done. It took everything from me family, friend, Shelter and everything else it could take. I have alot of regrets for all things that have happened over the years because of drugs and my addiction but I have to take responsibility for the choices i've made. This disease has controlled my life time and time again but I also have faith in myself that I can win my battle with addiction Im currently in a mens step down STARR Fallriver MA waiting for a bed at a residential program im working towards fixing my life. I want my daughter to have the father she deserves and

my mother to have a son she can be proud of. Despite all my mistakes my little girl still believes in me. She is 12 years old and so smart and bright I want to show her that I can be there as someone she can count on. I would be grateful for the oppurtunity to be accepted into your Program. My life has been difficult this diseuse is cunning and baffling and i'm paying for the things I have done. I want to change I know I can I have a great support system my Mom, sister, brother and many more of my family believes in me as much as I believe in myself. I feel I owe it to myself to prove how much I can actually accomplish when I put my mind to it. The intention of this letter is not for sympathy because I know that i've done wrong. The intention of this letter is to let you know how much I truly want change in my life. I know now more than ever what I don't want for my life, that is to be controled and manipulated by substance. I've had enough it's time for me to take back control of my life and be the person I was meant to be.
I hope this letter reaches you and thank you for your consideration.

Sincerely
Edwin Collazo

not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the email message is strictly prohibited. If you received this message in error, please advise the sender immediately and delete this email.

## THE RISE PROGRAM

**U.S. District Court**  
**U.S. Probation & Pretrial Services**

**District of Massachusetts 2017**

I, _Edwin Collazo_, have received a copy of the RISE Program description. In addition, the program has been explained to me by a Probation Officer. I have spoken to my attorney about the program.

I would like to be considered for acceptance into the program. I understand that the Program Selection Committee will look at my application and decide whether to accept me. The Program Selection Committee includes the Chair of the Court's Committee on Reentry, Diversion and Alternatives to Incarceration, the U.S. Magistrate Judge assigned to RISE, representatives of the Probation Office, a representative from the U.S. Attorney's Office, a representative of the Federal Public Defender Office and other persons designated by the Chief Judge to be on the committee.

I agree that a representative from the Federal Public Defender Office can review material regarding me for the purpose of considering my participation in the program. I understand that the Federal Public Defender representative will be excused from reviewing my application if conflicts are identified.

I understand that as part of the application process to be admitted into the program, I am required to participate in risk assessment and drug use assessments administered by the Probation Office. I understand that the results of these risk assessments will be reviewed by the Court and Probation Office when the committee is reviewing my application.

I understand that my acceptance into the program is not guaranteed.

_____     6-15-2023
Defendant                                      Date

_____     6/19/23
Counsel                                          Date