*Exhibit Six*

# THE RISE PROGRAM

| | |
|---|---|
| U.S. District Court<br>U.S. Probation & Pretrial Services | District of Massachusetts<br>2023 |

To:        Attorney Jeffrey Miller
From:    RISE Program Committee
Re:        Edwin Collazo Docket # 0101 1:22CR10211-6
Date:     July 25, 2023

Mr. Edwin Collazo completed the RISE Program application process, and his application was recently reviewed by the RISE Program Committee.

The Committee does not recommend Mr. Edwin Collazo participation in the program based on the following:

     ___      the applicant's history, circumstances, or pending charges make him/her ineligible for the program, such as (but not limited to) ineligibility for necessary or appropriate supervision or treatment programs.

     ___      the applicant does not meet program criteria (a) and/or (b) specifically: (a) having a serious history of substance abuse or addiction (as reflected in the information available, which abuse or addiction substantially contributed to the commission of the charged offense); and/or (b) having a history reflecting significant deficiencies in full-time productive activity, decision making, or pro-social networks.

     _X_      although the applicant's history reflects elements of criteria (a) and/or (b), detailed above, the applicant is not recommended for participation based on the totality of circumstances considered and program constraints including program size and resource limitations.

If you have any questions, please call or email Supervisory U.S. Probation Officer Christopher Moriarty at (508) 929-9937 or Christopher_Moriarty@map.uscourts.gov.