**Spectrum HEALTH SYSTEMS**

Addiction Treatment | Mental Health | Corrections | At-Risk Youth

*Exhibit Seven*

September 27, 2023

To whom it may concern,

This letter is to confirm that Edwin Collazo has been admitted to Spectrum Health Systems' Project Turnabout's 5 to 9-month residential treatment program. He arrived at Project Turnabout on August 29, 2023. Project Turnabout offers a comprehensive substance abuse service for adult male addicts/alcoholics. The program functions as a modified therapeutic community by combining both an advanced cognitive behavioral curriculum with the traditional social learning approach supported by Twelve Step fellowships. Project Turnabout provides a safe, structured, and supportive environment.

During the three phases of treatment in this program, Mr. Collazo will be working on cognitive and behavioral skills that will assist him in leading a productive pro-social lifestyle free of alcohol, drugs, and crime. Mr. Collazo will be participating in weekly scheduled psycho-educational groups, individual counseling, treatment planning, anger management, productive work details, planned recreational activities, relapse prevention planning, and continuing care planning. Mr. Collazo is required to submit random toxicology screens throughout his stay in treatment which have all been negative throughout his stay thus far.

Mr. Collazo s is currently in phase 1 of the program complying with all program requirements. Mr. Collazo joined Project Turnabout from our CSS program. From the first time I interviewed Mr. Collazo about potentially coming to Project Turnabout he has been vocal about trying things differently this time. Since joining our program Mr. Collazo has already become more outspoken and has even taken on a leadership role within the community. Mr. Collazo is the head of the Motivation Crew, a role which ensures he is communicating and helping his peers. I do not know many details about Mr. Collazos' charges but from the brief conversations we have had his substance abuse was the lead contributor. I also do not know much about Mr. Collazo and his attempts to find sobriety before entering our program. I do know that in the short time he has been here I have already seen a positive change. Project Turnabout is a behavior modification program, and it is my professional opinion that our program is designed to help reduce relapse and potentially recidivism. I think Mr. Collazo has the chance to become a success story and live a life free from alcohol and drugs. I also think Mr. Collazo will benefit from remaining in our program and continuing his path towards long term abstinence and recovery. Should the court require any further information my contact information is below.

Respectfully,

Ryan Daly

861 Main Street | So. Weymouth, MA 02190 | 774.239.8406 | Ryan.Daly@spectrumhealthsystems.org



Program Manager
Project Turnabout
Office: 774-314-664-
Cell: 774-239-8406
Email: Ryan.Daly@spectrumhealthsystems.org



861 Main Street | So. Weymouth, MA 02190 | 781.331.3709 | spectrumhealthsystems.org