**Exhibit 8 – Project Turnabout Programmatic Schedule**

| Time | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 6:30-7:00 | Wake-up/ Hygiene | Wake-up/ Hygiene | Wake-up/ Hygiene | Wake-up/ Hygiene | Wake-up/ Hygiene | Wake-up/ Hygiene | Wake-up/ Hygiene |
| 6:45-7:00 | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break |
| 7:15-7:45 | Controlled Meds | Controlled Meds | Controlled Meds | Controlled Meds | Controlled Meds | Controlled Meds | Controlled Meds |
| 7:45-8:15 | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast | Breakfast |
| 8:15-8:45 | Dorm Chores | Dorm Chores | Dorm Chores | Dorm Chores | Dorm Chores | Medication/Quiet Time | Medication/Quiet Time |
| 8:45-9:45 | Morning Goal's (ALL) | Morning Goal's (ALL) | Morning Goal's (ALL) | Morning Goal's (ALL) | Morning Goal's (ALL) | Dorm Chores | Dorm Chores |
| 9:45-10:00 | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break |
| 10:00-11:00 | Outside AA Meeting All Phases | Phase 2 individual clinical session/Anger Man/Prob Sol Phase 1 | Phase 1 individual clinical session /CRT Phase 2 & 3 | Phase 2 individual clinical session/ MET Phase 1 | TC Life Phase 1 | Morning Goals (ALL) | Morning Goal's (ALL) |
| 11:00-11:15 | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break |
| 11:15-12:00 | Job Skills/Readiness Phase 2 & 3 | Phase 1 individual clinical session/Seeking Safety Phase 2 & 3 | Big Book Meeting All Phases | Peer Awareness Group All Phase | Phase 2 individual clinical session /Mindfulness Phase 1 | Positive Recovery No Electronics | Leisure |
| 12:00-12:45 | Core Skills   Phase 2 &3/Phase 1 individual clinical session | Phase Group 1 (group room) Peer-led Phase Group 2 & 3 (Sunroom) Peer-led | Recovery time/ individual sessions | Recovery Foundation Phase 2&3 | Co-occurring/Grief &loss ALL Phase | Continuing Care All Phases 11:45-12:45 | Leisure |
| 12:45-1:15 | Lunch | Lunch | Lunch | Lunch | Lunch/med(before park) | Lunch | Lunch |
| 1:15-1:45 | Journaling/meds | Journaling/meds | Journaling/meds | Journaling/meds | PARK ALL PHASES/ Fresh Air Break (AT PARK) | Journaling/meds | Leisure /meds |
| 1:45-2:00 | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | | Fresh Air Break | Fresh Air Break |
| 2:00-3:00 | Self-Discovery Phase 1 | Men' Health & Wellness/Nicotine Cessation Phase 2 & 3 | COMMUNITY MEETING All Phases | Recovery Support Group Phase 2 & 3 | Positive Recovery Outlet-Park All Phases | Leisure | Leisure |
| 3:00-4:00 | Overdose Prevention/M.A.T All Phases | Recovery Enhance Phase 1 | Principles of Recovery Phase 1 | Phase 2 individual clinical session /Recovery Building blocks Phase 1 | Journaling/Hygiene. NO TV All Phases | Leisure | Leisure |
| 4:00-4:15 | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break |
| 4:30-5:00 | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| 5:00-6:00 | Meds | Meds | Meds | Meds | Meds | Meds | Meds |
| 6:00-6:15 | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break |
| 6:00-7:00 | Stress/Recreation | Stress/Recreation | Stress/Recreation | Stress/Recreation | Stress/Recreation | Stress/Recreation | Stress/Recreation |
| 7:00-8:00 | 12 Step Mtg | 12 Step Mtg | 12 Step Mtg | 12 Step Mtg | 12 Step Mtg | 12 Step Mtg | 12 Step Mtg |
| 8:15-8:30 | Fresh Air Break | Fresh Air Break | Fresh Air Break | Fresh Air Break | G.I Friday 8:15-10 | Fresh Air Break | Fresh Air Break |
| 8:30-9:15 | Evening Reflection | Evening Reflection | Evening Reflection | Evening Reflection | Evening Reflection | Evening Reflection | Evening Reflection |
| 9:15-10:00 | Meds | Med | Meds | Meds | Meds | Meds | Meds |
| 10:00-10:15 | Fresh Air Break /off-floor | Fresh Air Break /off-floor | Fresh Air Break /off-floor | Fresh Air Break /off-floor | Fresh Air Break /off-floor | Fresh Air Break /off-floor | Fresh Air Break /off-floor |
| 11:00 | Lights Out | Lights Out | Lights Out | Lights Out | Lights Out 12:00 | Lights out 12:00 | Lights our 11:00 |