Exhibit Nine

Dear: Honorable Allison Burroughs

I am Pamela Collazo, a registered nurse of 4 years. I case manage and complete care coordination for patients in the community of New Bedford, MA. The current population I serve are Patients in recovery, battling addiction, and with mental illness. I have experience in this area for about 3 years now. Compassionate care is the main priority in the community that I serve. Edwin Collazo is my brother; we are two years apart in age. When I was around 12 and he 14, he began coping with traumatic experiences, experienced as a child, with drugs. Edwin throughout the years has fallen deeper into his addiction. He also suffers from anxiety and severe depression. I have always been supportive and played an active role in his attempted recoveries. Unfortunately this has been a long battle that Edwin has struggled with for the majority of his life.

Edwin has had a period of recovery/sobriety, longest lasting around two years. When sober Edwin is funny, caring, compassionate, and incredibly apologetic for his actions. He has an 11-year-old daughter, Ariyah, who loves him dearly. He has the support of our other brother, mother, and I. Knowing Edwin all of his life, he does not have bad intentions in his heart, he lost his path and needs a tremendous amount of support in order to stay in recovery. Prison is not a place that has benefited Edwin, as this leads him into further isolation, exacerbating his depression and anxiety. It also plays a role in inhibiting a healthy transition into the community. I believe that with proper treatment Edwin can be on a healthy road to recovery. While I do not dismiss his bad choices, I can say it does not define him or his traumas that have led him there. I know it is not an excuse. In my conversations with Edwin, he exhibits sincerity when apologizing and hopelessness in whats next to come. I can only ask this be considered in his case. I appreciate the opportunity to speak on my experience as Edwin's sister. I will always be here to support him.

Best regards,

*Pamela Collazo*
Pamela Collazo