**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:22-cr-10211- ADB |
| ) | |
| EDWIN COLLAZO, ) | |
|     Defendant ) | |

**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM**

Now comes the Defendant, *Edwin Collazo ("Edwin")*, and respectfully submits an additional letter, exhibit Eleven, in support of his sentencing memorandum, previously filed on October 8, 2023.

DATE: October 12, 2023

Respectfully Submitted
Edwin Collazo
By his attorney,

/s/ Jeffrey Miller
Jeffrey Miller, Esq.
60 Leo Birmingham Pkwy., Ste. 103
Boston, MA 02135
BBO # 670561
(617) 482-5799
jmiller@millercriminaldefense.com

## CERTIFICATE OF SERVICE

I, Jeffrey Miller, hereby certify that this document, filed through the ECF System on October 12, 2023, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF), and that papers will be sent to all non-registered participants who have appeared in this case.

                                        /s/ Jeffrey Miller
                                        Jeffrey Miller