*Exhibit Eleven*



Project Turnabout

861 Main Street

Weymouth, MA 02190

October 11, 2023

To: Whom it may concern,

This letter is to confirm that Edwin Collazo (9/18/1995) is a community member here at Spectrum Health Systems Project Turnabout's 5 to 9-month residential treatment program. He arrived at Project Turnabout on (8/22/23). Project Turnabout offers a comprehensive substance abuse service for adult male addicts/alcoholics. The program functions as a modified therapeutic community by combining both an advanced cognitive behavioral curriculum with the traditional social learning approach supported by Twelve Step fellowships. Project Turnabout provides a safe, structured, and supportive environment.

During phases one and two of treatment in this program, Mr. Collazo will work diligently on cognitive and behavioral skills that will assist him in leading a productive pro-social lifestyle free of alcohol, drugs, and crime. Mr. Collazo has been participating in weekly schedule psycho-educational groups, individual counseling, treatment planning, productive work details, planned recreational activities, relapse prevention planning, and continuing care planning. Mr. Collazo has been compliant and meeting program expectations. Mr. Collazo recently phased up to phase II of the program where he will be able to make appointments in the community for his physical and mental health. Mr. Collazo has begun to work with me on his t treatment plan in the areas of SUD, NUD, Mental Health, and Continuity of care. . Mr. Collazo can identify his triggers of use and has started to develop coping skills to use in the risk for relapse Mr. Collazo has also worked on a relapse prevention plan to have in place in the risk for relapse. Mr. Collazo is currently Head of Orientation where he is assigned to welcome and orient new members to the community and to assist them in their first steps of being a member of Project Turnabout. Mr. Collazo is a positive role model in the community, and I suggest he stays in treatment to work on his recovery to be a productive member of society.

Mr. Collazo is subjected to random toxicology screens throughout his stay at Project Turnabout all toxicology screens have been negative since admission.

If you have any questions or concerns, please feel free to call me directly at 339-499-7877 or fax the program at 781-331-9693.

Respectfully,

Alana Passanante

Lead Counselor

Alana.passanante@spectrumhealthsystems.org